**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 118 DB 2023 (No. 64 RST 2023) |
| | : | |
| LILI ANN HAGENBUCH | : | Attorney Registration No. 67104 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Dauphin County) |

**O R D E R**

**PER CURIAM**

   **AND NOW**, this 28th day of September, 2023, the Report and Recommendation of Disciplinary Board Member dated September 14, 2023, is approved and it is ORDERED that LILI ANN HAGENBUCH, who has been on Retired Status, has demonstrated that she has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.